# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                                                     CASE NO. **16-** 10075 **-01-** JTM

**RANDOM SHANE SMITH,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT 1

Aggravated Sexual Abuse
18 USC 2241(a)

Between January 2014 and October 2015, at McConnell Air Force Base, a place within the special maritime and territorial jurisdiction of the United States and in the District of Kansas, the defendant,

**RANDOM SHANE SMITH,**

knowingly caused MV1, a known female, to engage in a sexual act, by using force against MV1, in violation of Title 18, United States Code, Sections 2241(a).

## COUNT 2

Aggravated Sexual Abuse
18 USC 2241(a)

In January 2014 and continuing to October 2015, at McConnell Air Force Base, a place within the special maritime and territorial jurisdiction of the United States and in the District of Kansas, the defendant,

**RANDOM SHANE SMITH,**

knowingly caused MV2, a known female, to engage in a sexual act, by using force against MV2, in violation of Title 18, United States Code, Section 2241(a).

## COUNT 3

Production of Child Pornography
18 USC 2251(a)

In February 2014, at McConnell Air Force Base, a place within the special maritime and territorial jurisdiction of the United States and in the District of Kansas, the defendant,

**RANDOM SHANE SMITH,**

knowingly used and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2251(a).

## COUNT 4

Possession of Child Pornography
18 USC 2252A (a)(5)

On or about May 11, 2016, at McConnell Air Force Base, a place within the special maritime and territorial jurisdiction of the United States and in the District of Kansas, the defendant,

**RANDOM SHANE SMITH,**

did knowingly possess and access with intent to view any computer disk and other material which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)A), and that image of child pornography that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Section 2252A(a)(5)(A) and (B).

## COUNT 5

Tampering with a Witness or Victim
18 USC 1512(b)(3)

On or about February 17, 2016, in the District of Kansas, the defendant,

**RANDOM SHANE SMITH,**

did knowingly attempt to intimidate, threaten, corruptly persuade MV2 by emailing messages to MV2 with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission of a Federal offense, that being the aggravated sexual abuse of MV1 and MV2, a violation of 18 USC § § 2241 and 2251, all in violation of Title 18, United States Code, Section 1512(b)(3).

## A TRUE BILL

May 24, 2016                           s/Foreperson
DATE                                   FOREPERSON OF THE GRAND JURY


s/Thomas E. Beall
THOMAS E. BEALL
Acting United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 19929
Thomas.Beall@usdoj.gov


**It is requested that the trial be held in Wichita,  KS**